## Robert W. Huey, Appellee, v. Ira S. Powell et al., Appellants.

This case is controlled by the decision in Huey v. Powell, *ante*, p. 477.

Assumpsit. Appeal from the Circuit Court of Hancock county; the Hon. JOHN A. GRAY, Judge, presiding. Heard in this court at the May term, 1908. Affirmed. Opinion filed December 23, 1908.

DAVID E. MACK, WILLIAM H. HARTZELL, JOHN W. WILLIAMS and JOHN D. MILLER, for appellants.

CHARLES J. SCOFIELD and APOLLOS W. O'HARRA, for appellee.

PER CURIAM: This is an appeal from a judgment in assumpsit in favor of appellee and against appellants.

The issues of fact and of law involved are fully detailed, discussed and determined in the opinion of this court in Huey v. Powell et al., *ante* p. 477.

In accordance with the views and conclusions there expressed the judgment of the circuit court in the assumpsit suit is affirmed.

*Affirmed.*